UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>OWENS BROWN, and )<br>ARCHIE ALLEN )<br>) | Criminal No. 11-CR-10206-DPW |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the above entitled-matter be unsealed. In support of this motion, the government states that the defendants were arrested, and that there is no further reason to keep the case sealed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Theodore B. Heinrich
Theodore B. Heinrich
Assistant U.S. Attorney

Date: June 2, 2011