```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        V.                    )    Criminal No. 11-10206-DPW
                              )
                              )
                              )
Owens Brown, et al.           )
```

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the above-captioned matter.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

                By: */s/: Emily Cummings*

                Emily Cummings
                Assistant U.S. Attorney
                United States Attorney's Office
                One Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3603

Dated: August 12, 2011

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 12, 2011

                                                */s/: Emily Cummings*
                                                Emily Cummings
                                                Assistant U.S. Attorney

Dated: August 12, 2011