```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
      v.                      )    CRIMINAL NO. 11-10206-DPW
                              )
OWENS BROWN, et al            )
```

## ASSENTED TO MOTION TO EXCLUDE TIME

The United States of America, through undersigned counsel, respectfully moves this Honorable Court to exclude, under the Speedy Trial Act, the time period from the Initial Status Conference on July 14, 2011 through the Interim Status Conference currently scheduled for October 18, 2011. The defendants assent to this motion. As grounds for the motion, the government states as follows:

The time from the Initial Status Conference on July 14, 2011 through October 18, 2011 is excludable pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and local Rule 112.2 as the ends of justice are served because the parties are resolving outstanding discovery issues.

For the foregoing reasons, the United States respectfully requests that this Motion be allowed and that the Court exclude the time from July 14, 2011 through October 18, 2011, under the Speedy Trial Act.

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                         By:  /s/ Emily Cummings
                              Emily Cummings
                              Assistant U.S. Attorney
```

<u>Certificate of Service</u>

I hearby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicates as non registered participants on this date.

Dated: August 23, 2011                /s/ Emily Cummings
                                                EMILY CUMMINGS