```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 11-10206-DPW |
| | ) | |
| OWENS BROWN, et al | ) | |

### ASSENTED TO MOTION TO EXCLUDE TIME

The United States of America, through undersigned counsel, respectfully moves this Honorable Court to exclude, under the Speedy Trial Act, the time period from the Interim Status Conference on October 18, 2011 through the Interim Status Conference currently scheduled for November 21, 2011. The defendants assent to this motion. As grounds for the motion, the government states as follows:

The time from the Interim Status Conference on October 18, 2011 through November 21, 2011 is excludable pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and local Rule 112.2 as the ends of justice are served because the parties are resolving outstanding discovery issues.

For the foregoing reasons, the United States respectfully requests that this Motion be allowed and that the Court exclude the time from October 18, 2011 through November 21, 2011, under the Speedy Trial Act.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Emily Cummings
Emily Cummings
Assistant U.S. Attorney

<u>Certificate of Service</u>

I hearby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicates as non registered participants on this date.

Dated: October 20, 2011                    <u>/s/ Emily Cummings</u>
                                           EMILY CUMMINGS