UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.11-10206-DPW |
| ) | |
| OWENS BROWN, et al. ) | |
| ) | |

ASSENTED TO MOTION TO CONTINUE

    Now comes the government in the above-entitled case and moves this Honorable Court to continue the final status conference from November 29, 2012, to sometime after the first of the year.  The Defendants, Owens Brown and Archie Allen, assent to this request.  As grounds for this motion the government states that Mr. Brown is currently in the process of reviewing thousands of telephone calls that were disclosed during the course of automatic discovery.  This process is time-consuming and has been complicated by the fact that Mr. Brown is in custody and is allowed very little access to the discovery materials.  In addition, the government and Mr. Brown's attorney are in the process of negotiating additional discovery requests.

    The Defendants anticipate that the additional time will allow for the government and the Defendants to reach an agreement on what additional discovery is needed and allow Mr. Brown to complete his review of the recorded telephone calls.

For the above-stated reasons, the parties respectfully request that this Honorable Court continue the final status conference to sometime after the first of the year.

        Respectfully Submitted,

        CARMEN M. ORTIZ
        United States Attorney

        /s/ Emily Cummings
        Emily Cummings
        Assistant U.S. Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        Tel: 617-748-3120

November 22, 2011

Case 1:11-cr-10206-DPW   Document 35   Filed 11/22/11   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                               /s/ Emily Cummings  
                               Emily Cummings  
                               Assistant United States Attorney

Date: November 22, 2011