UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.11-10206-DPW |
| ) | |
| OWENS BROWN, et al. ) | |
| ) | |

## ASSENTED TO MOTION TO CONTINUE

Now comes the government in the above-entitled case and moves this Honorable Court to continue the final status conference from January 5, 2012, to sometime during the first week of March 2012. The Defendants, Owens Brown and Archie Allen, assent to this request. As grounds for this motion the government states that the government received a discovery letter from Mr. Brown on December 21, 2011, and is currently in the process of reviewing sixteen requests for discovery.

The parties anticipate that the additional time will allow for the government and the Defendants to reach an agreement on what additional discovery will be provided before discovery motions are filed.

For the above-stated reasons, the parties respectfully request that this Honorable Court continue the final status conference to sometime during the first week of March 2012 and agree to exclude the time between November 29, 2011 and the date of the status conference.

        Respectfully Submitted,

        CARMEN M. ORTIZ
        United States Attorney


        /s/ Emily Cummings
        Emily Cummings
        Assistant U.S. Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        Tel: 617-748-3120

January 4, 2012

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Emily Cummings
        Emily Cummings
        Assistant United States Attorney

Date: January 4, 2012