UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 11-10206-DPW |
| | ) | |
| OWENS BROWN, et al. | ) | |

## ASSENTED TO MOTION TO CONTINUE

Now comes the government in the above-entitled case and moves this Honorable Court to continue the final status conference from February 2, 2012, to another date set by the Court. The Defendants, Owens Brown and Archie Allen, assent to this request. As grounds for this motion, the government states that the government is currently in the process of reviewing discovery.

The parties anticipate that the additional time will allow for the government and the Defendants to reach an agreement on what additional discovery will be provided before discovery motions are filed.

For the above-stated reasons, the parties respectfully request that this Honorable Court continue the final status conference to a time convenient for the Court and agree to exclude the time between January 5, 2012 and the date of the status conference.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:    /s/ Emily Cummings
        Emily Cummings
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3120

Dated: February 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

        /s/ Emily Cummings
        Emily Cummings
        Assistant United States Attorney

Date: February 1, 2012