UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          )<br>     v.     )<br>          )<br>(1) OWENS BROWN, and )<br>(2) ARCHIE ALLEN.     ) | CRIMINAL NO. 11-10206-DPW |

PROPOSED JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America hereby submits this proposed joint memorandum addressing the issues set forth in Local Rule 116.5(A)(1) through (A)(7).

(A)(1)

The parties do not at this time seek relief from the timing requirements of Local Rule 116.3.

(A)(2)

The defendants request discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). The government should respond four weeks before trial. The government requests reciprocal discovery which defendants will provide two weeks before trial.

(A)(3)

The parties at this time do not anticipate that additional discovery will be needed as a result of future receipt of information, documents, or reports of examinations or tests.

(A)(4)

Defendants seek a period of 35 days to file pretrial motions.  The parties submit that a motion date should be set after the government has had an appropriate time to respond.

(A)(5)

The Court has already excluded the period between November 29, 2011, and February 9, 2012.  A period of excludable delay should be ordered under the Speedy Trial Act from the date of the conference of November 29, 2011 through the date of the filing of defendants' motions.

(A)(6)

Defendants have not decided whether to seek a trial.  The government estimates that its case will take three trial days.

(A)(7)

The parties request a final status conference date on which discovery motions will be heard.


United States Attorney


By: /s/Emily Cummings
    Emily Cummings
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Emily Cummings
Emily Cummings
Assistant United States Attorney

Date: February 8, 2012