UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 11-10206-DPW

UNITED STATES OF AMERICA

v.

OWENS BROWN, ARCHIE ALLEN

**<u>INTERIM SCHEDULING ORDER</u>**

February 13, 2012

BOAL, M.J.

At the interim status conference held on February 9, 2012, the parties requested

additional time to address outstanding discovery issues and/or other pre-trial matters.

Accordingly:

1.      A Final Status Conference is scheduled for **May 10, 2012 at 11:00 a.m.** at

Courtroom 14 on the 5th floor.

2.      A Joint Memorandum addressing those items set forth in L.R. 116.5(c) shall be

filed on or before the close of business on **May 3, 2012**.  If the joint memorandum permits the

Court to prepare the Final Status Report without the necessity of an additional status conference,

the Court may waive the Final Status Conference and issue an order transferring the case to the

District Judge.

3.      The defendants shall file any discovery motions on or before **April 9, 2012**.  The

government shall file its response to any discovery motions on or before **April 23, 2012**.  The

Court will hear oral argument on any discovery motions on **May 10, 2012 at 11:00 a.m.**

4.      The defendants request expert discovery.  The government shall make its

disclosures four weeks before trial.  The defendants shall make their reciprocal discovery two

weeks before trial.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE