UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11CR10206

V.

ARCHIE ALLEN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Archie Allen, by and through counsel, and hereby moves this Court to continue his May 10, 2012 final status conference for a period of thirty (30) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on May 10, 2012, at 11:00 a.m. for a final status conference;

2. However, the undersigned counsel is involved in a jury trial at the Rockingham Superior Court, State v. Michael Nickerson. The trial started on May 9, 2012 and undersigned counsel expects it to continue for one or two more days;

3. That the accused is aware of the within Motion;

4. That Attorney Rosemary Scapicchio has no objection to this Motion;

5. That the undersigned counsel has prepaid vacation plans to be out of State from May 24 through the 27, 2012.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Archie Allen,
By his Attorney,

Date:   May 9, 2012         /S/Paul J. Garrity
                            Paul J. Garrity
                            14 Londonderry Road

                                        Londonderry, NH 03053
                                        434-4l06
                                        Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 9th day of May, 2012, a copy of the within was e filed to the United States Attorney's Office and Rosemary Scapicchio, Esquire and mailed, postage prepaid, to Archie Allen.

                                        /S/Paul J. Garrity_____
                                        Paul J. Garrity