```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
            v.              )  CRIMINAL NO. 11-10206-DPW
                            )
(1) OWENS BROWN, and        )
(2) ARCHIE ALLEN.           )

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The parties, through counsel, pursuant to Local Rule 116.5(C)(1) through (C)(9) file this Final Status Report:

**1. Rule (C)(1).  Outstanding Discovery Issues.**

The parties do not have any outstanding discovery issues at this time.

**2. Rule (C)(2).  Additional Discovery.**

The government anticipates the return of a Second Superseding Indictment within the next sixty days.  The Superseding Indictment will charge the defendants with additional counts.  The government anticipates providing additional discovery as a result.  Defendant Owens Brown anticipates filing motions for additional discovery after review.

**3. Rule (C)(3).  Anticipated Defenses.**

Defendants do not intend to raise a defense of insanity or public authority.

**4. Rule (C)(4).  Notice of Alibi.**

Defendants do not intend on offering an alibi.

**5. Rule (C)(5).  Defense Motions.**

Defendant Owens Brown requests a date during the last week of July by which he will file motions to suppress and may seek leave to file a motion for a continuance based on anticipated additional discovery provided following the anticipated second superseding indictment.  Defendant Archie Allen has not yet decided whether he will file a motion to suppress.

**6. Rule (C)(6).  Additional Scheduling.**

Defendants have not decided whether a schedule should be set concerning any matter in the case other than a motion to suppress.

**7. Rule (C)(7).  Resolution Short of Trial.**

The parties have discussed the possibility of an early resolution of the case, but it is unlikely at this time.

**8. Rule (C)(8).  Speedy Trial Act.**

The parties are in agreement that the period of time between the Arraignment on July 3, 2011, and the Final Status Conference on May 10, 2012, is excludable delay under the Speedy Trial Act.

**9. Rule (C)(9).  Length of Trial.**

The parties anticipate this case will take 7 trial days.

```
     United States Attorney,            By their attorneys,


By: /s/ Emily Cummings          By:  /s/ Rosemary Scapicchio
    Emily Cummings                   Rosemary C. Scapicchio
    Assistant U.S. Attorney           Attorney for Mr. Brown

                                By:  /s/ Paul Garrity
                                     Paul J. Garrity
                                     Attorney for Mr. Allen
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF.

```
                              /s/ Emily Cummings
                              EMILY CUMMINGS
                              Assistant United States Attorney
```

Date: 5/17/12