```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 11-10206-DPW |
| | ) | |
| OWENS BROWN, et al | ) | |

<u>ASSENTED TO MOTION TO EXCLUDE TIME</u>

The United States of America, through undersigned counsel, respectfully moves this Honorable Court to exclude, under the Speedy Trial Act, the time period from the Status Conference on May 10, 2012, through the Status Conference currently scheduled for July 19, 2012. The defendants assent to this motion. As grounds for the motion, the government states as follows:

The time from the Status Conference on May 10, 2012, through July 19, 2012, is excludable pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and local Rule 112.2 as the ends of justice are served because the parties are resolving outstanding discovery issues and attempting to resolve the case.

For the foregoing reasons, the United States respectfully requests that this Motion be allowed and that the Court exclude the time from May 10, 2012, through July 19, 2012, under the Speedy Trial Act.

            Respectfully submitted,

            CARMEN M. ORTIZ
            United States Attorney

        By: <u>/s/ Emily Cummings</u>
           Emily Cummings
           Assistant U.S. Attorney

<u>Certificate of Service</u>

I hearby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicates as non registered participants on this date.

Dated: June 7, 2012          <u>/s/ Emily Cummings          </u>
                             EMILY CUMMINGS