UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11CR10206

V.

ARCHIE ALLEN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Archie Allen, by and through counsel, and hereby moves this Court to continue his July 19, 2012 final status conference for a period of ninety (90) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on July 19, 2012, at 11:00 a.m. for a final status conference;

2. However, the undersigned counsel is involved in a murder trial at the Hillsborough Superior Court, Northern District, State v. Michael Sullivan. The trial is scheduled to commence on July 17, 2012 and undersigned counsel expects it to continue for three to four weeks;

3. The undersigned counsel will be on vacation for one week in August.

4. That the accused is aware of the within Motion;

5. That Attorney Rosemary Scapicchio has no objection to this Motion but asks that it be moved out to early September, 2012;

6. The U.S. Attorney's Office has no objection to this Motion;

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Archie Allen,
By his Attorney,

Date:   June 11, 2012        /S/Paul J. Garrity_____
                                                      Paul J. Garrity
                                                      14 Londonderry Road
                                                      Londonderry, NH 03053
                                                      603-434-4l06
                                                      Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 11th day of June, 2012, a copy of the within was e-filed to the United States Attorney's Office and Rosemary Scapicchio, Esquire, and mailed, postage prepaid, to Archie Allen.

                                                 /S/Paul J. Garrity_____
                                                 Paul J. Garrity