```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA       )
                               )
        v.                     )   CRIMINAL NO. 11-10206-DPW
                               )
(1) OWENS BROWN, and            )
(2) ARCHIE ALLEN.               )

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The parties, through counsel for the government and Defendant Owens Brown, pursuant to Local Rule 116.5(C)(1) through (C)(9) file this Final Status Report:[1]

**1. Rule (C)(1).  Outstanding Discovery Issues.**

The parties do not have any outstanding discovery issues at this time.

**2. Rule (C)(2).  Additional Discovery.**

The parties do not anticipate additional discovery at this time.

**3. Rule (C)(3).  Anticipated Defenses.**

Defendant Owens Brown does not intend to raise a defense of insanity or public authority.

**4. Rule (C)(4).  Notice of Alibi.**

Defendant Owens Brown does not intend on offering an alibi.

---

[1] The government has contacted counsel for Defendant Archie Allen on June 12, 2012, June 14, 2012, and July 2, 2012, in an effort to either resolve this case or get additional information to include in the joint status motion. The government has yet to receive any information on the status of Defendant Allen's case.

**5. Rule (C)(5).  Defense Motions.**

Defendant Owens Brown does not anticipate filing any motions to suppress.

**6. Rule (C)(6).  Additional Scheduling.**

Defendant Owens Brown requests a date for a Rule 11 hearing.

**7. Rule (C)(7).  Resolution Short of Trial.**

The government and Defendant Owens Brown have drafted a plea agreement to a superseding information for the court's consideration.

**8. Rule (C)(8).  Speedy Trial Act.**

The parties are in agreement that the period of time between the Arraignment on July 3, 2011, and the Final Status Conference on July 12, 2012, is excludable delay under the Speedy Trial Act.

**9. Rule (C)(9).  Length of Trial.**

Should this case go to trial, the parties anticipate this case will take 7 trial days.

| United States Attorney, | By their attorneys, |
|---|---|
| By: /s/ Emily Cummings<br>    Emily Cummings<br>    Assistant U.S. Attorney | By: /s/ Rosemary Scapicchio<br>    Rosemary C. Scapicchio<br>    Attorney for Mr. Brown |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF.

/s/ Emily Cummings
EMILY CUMMINGS
Assistant United States Attorney

Date: 7/5/12