UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 11-10206-DPW

UNITED STATES OF AMERICA

v.

OWENS BROWN
ARCHIE ALLEN

**FINAL STATUS REPORT**

July 12, 2012

Boal, M.J.

A Final Status Conference was scheduled for both Mr. Brown and Mr. Allen for July 12, 2012. On July 5, 2012, the government and Mr. Brown submitted a joint status report. Upon review of the joint status report, the court found that a final status conference was not necessary, see Local Rule 116.5(c), (d), and transferred Mr. Brown's case to the District Court for a Rule 11 hearing. (Docket July 5, 2012).

The court held a Final Status Conference for Mr. Allen as scheduled on July 12, 2012, pursuant to the provisions of Local Rule 116.5(c). Based on the information provided in Mr. Brown's status report and the conference held regarding Mr. Allen, this court enters the following report and order:

1. The defendant requests that his case be transferred to the District Judge for Rule 11 hearings.

2. The parties have produced all discovery they intend to produce.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4. There are no outstanding or anticipated motions under Fed. R. Crim. P. 12(b) at this time.

5. Based upon the orders of the court dated June 6, 2011, June 17, 2011, August 24, 2011, October 24, 2011, November 29, 2011, January 5, 2012, February 17, 2012, and June 7, 2012, as of today there are zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE