```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,        )
    Plaintiff,                  )
                                               ) CRIMINAL NO. 11-10206-DPW
        v.                           )
                                                )
ARCHIE ALLEN,                    )
    Defendant.                  )

## **NOTICE OF RULE 11 HEARING**

WOODLOCK, J.

     Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:00 p.m. on September 21, 2012**, in **Courtroom 1, on the 3rd Floor of the John Joseph Moakley United States Courthouse in Boston**, before the Honorable Douglas P. Woodlock.

     The parties are advised that the Court will not accept a plea agreement that requires the defendant to waive his/her appeal rights without a reliable demonstration after full hearing that the waiver is knowing and voluntary.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed in the custody of the United States Marshal immediately following the Court's entry of a guilty plea.

     It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea**, shall be submitted to the Courtroom Deputy Clerk **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**. If one or both the parties contend this submission should be maintained under seal, they should so move providing reasons for such sealing.

```
                                        BY THE COURT,


                                        /s/ Jarrett Lovett
DATE: 9/11/12                           Deputy Clerk
```