# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 11-cr-10206-DPW |
| ) | VIOLATION: 21 U.S.C. § 846 |
| ARCHIE ALLEN, ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

**COUNT ONE: 21 U.S.C. § 846: Conspiracy to Distribute Cocaine and Cocaine Base**

From in or about March 2007 and continuing thereafter until in or about May 2011, at Boston, and elsewhere in the District of Massachusetts,

**ARCHIE ALLEN,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, to possess with intent to distribute and distribute cocaine, and cocaine base, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

The United States Attorney further charges that the conspiracy described herein involved 500 grams or more of cocaine and 280 grams or more of cocaine base, both Schedule II controlled substances. Accordingly, Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii) and (b)(1)(B)(ii) are applicable to this count.

All in violation of Title 21, United States Code, Section 846.

The United States Attorney further charges:

**FORFEITURE ALLEGATION: 21 U.S.C. § 853**

1. Upon conviction of the offense alleged in Counts of this Information,

**ARCHIE ALLEN,**

the defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

All pursuant to Title 21, United States Code, Section 853.

CARMEN M. ORTIZ
United States Attorney

By: /s/ Emily Cummings
Emily Cummings
Assistant U.S. Attorney
