# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| Place of Offense: | Category No. **I** | Investigating Agency **DEA** |
| City **Boston** | Related Case Information: | |
| County **Suffolk** | Superseding Ind./ Inf. **X** | Case No. **11-10206-DPW** |
| | Same Defendant **x**  New Defendant | |
| | Magistrate Judge Case Number | |
| | Search Warrant Case Number | |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: **Archie Allen (2)**  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: (City & State) **251 Meridian Street, East Boston MA 02128**

Birth date (Yr only): **1970**  SSN (last4#): **0365**  Sex **M**  Race: **Black**  Nationality: **USA**

Defense Counsel if known: **Paul J. Garrity**  Address **14 Londonderry Road**

Bar Number: ____  **Londonderry NH 03053**

**U.S. Attorney Information:**

AUSA **Emily O. Cummings**  Bar Number if applicable ____

Interpreter: ☐ Yes ☑ No  List language and/or dialect: ____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: **MJ Jennifer C. Boal** on **06/08/2011**

Charging Document: ☐ Complaint  ☑ Information  ☐ Indictment

Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **09/21/2012**  Signature of AUSA: *Emily Cummings*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): **11-CR-10206-DPW**

**Name of Defendant**   Archie Allen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2 | 21 USC 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

cr js-45-MA2011.wpd - 3/25/2011