UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 9/21/12
By JARRET LOVETT
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 11-cr-10206-DPW
)
ARCHIE ALLEN )

## WAIVER OF INDICTMENT

I, **Archie Allen**, the above-named defendant, who is accused of conspiring to knowingly and intentionally distribute 500 grams and more of cocaine a Schedule II controlled substance and 280 grams and more of cocaine base a Schedule II controlled substance, between March 2007 through May 2011, in violation of 21 U.S.C. §846, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on 9/21/12 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Archie Allen

_____
Paul Garrity, Esq.

Before: _____
Hon. Douglas P. Woodlock
United States District Judge