UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 11CR10206

V.

ARCHIE ALLEN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, ARCHIE ALLEN, by and through counsel, and hereby move this Court to continue his December 13, 2012, Sentencing Hearing for 45 days.

In support of this Motion, the defendant states as follows:

1. The accused is scheduled to appear in this Court on December 13, 2012, at 10:30 a.m. for his Sentencing Hearing;

2. The undersigned counsel has a Trial scheduled to begin on December 10, 2012, at 9:00 a.m. at the Rockingham Superior Court in New Hampshire, State v. Jesse Bauchman, and this trial is scheduled to last all that week.  Mr. Bauchman is being held in jail without bail;

3. The defendant is aware of this motion;

4.  That Attorney Emily Cummings of the U.S. Attorney's Office has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant the within Assented to Motion to Continue.

        Respectfully submitted,
        Archie Allen,
        By his Attorney,

Date:   October 25, 2012      /S/Paul J. Garrity_____
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        603-434-4l06
        Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 25th day of October, 2012, a copy of the within was e filed to the United States Attorney's Office and all parties of record and mailed to Archie Allen.

        /S/Paul J. Garrity_____
        Paul J. Garrity