UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 11CR10206

V.

ARCHIE ALLEN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, ARCHIE ALLEN, by and through counsel, and hereby move this Court to continue his January 29, 2013, Sentencing Hearing for 45 days.

In support of this Motion, the defendant states as follows:

1. The accused is scheduled to appear in this Court on January 29, 2013, at 2:30 p.m. for his Sentencing Hearing;

2. The basis for requesting this continuance is that the defendant's eligibility for the safety valve is a critical issue involved in the defendant's sentencing. An issue dealing with the defendant's eligibility for the safety valve has developed that the parties require additional time to resolve.

3. In addition, the undersigned counsel has a hearing at the 10th Circuit/District Division/Derry, State v. Hunkins, on that same date and time.

4. The defendant is aware of this motion;

4. That Attorney Emily Cummings of the U.S. Attorney's Office has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant the within Assented to Motion to Continue.

                                              Respectfully submitted,
                                              Archie Allen,
                                              By his Attorney,

Date: December 18, 2012       /S/Paul J. Garrity_____
                                              Paul J. Garrity
                                              14 Londonderry Road
                                              Londonderry, NH 03053
                                              603-434-4l06
                                              Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 18th day of December, 2012, a copy of the within was e filed to the United States Attorney's Office and all parties of record and mailed to Archie Allen.

                                              /S/Paul J. Garrity_____
                                              Paul J. Garrity