☙AO 247 (MA 11/14)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ARCHIE ALLEN ) | Case No: 11CR10206-002-DPW |
| ) | USM No: 93980-038 |
| Date of Previous Judgment: 05/15/2013 ) | Charles Rankin, Esq., |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____ months, but in no event less than time served on 11/1/15.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 29            Amended Offense Level: 27
Criminal History Category: I          Criminal History Category: I
Previous Guideline Range: 87 to 108 months   Amended Guideline Range: 70 to 87 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

Using the revised drug quantity table, the defendant's BOL is 32 and his TOL is 27. The defendant is in CHC I, and, therefore, his revised GSR is 70 to 87 months. The court imposed a sentence of 60 months in custody of the Bureau of Prisons. Defendant is ineligible as his sentence was below the bottom of the now-amended GSR. The court cannot reduce a sentence to a term less than the amended GSR.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 05/05/2013 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/16/2015

_____
Judge's signature

Effective Date: _____
(if different from order date)

Douglas P. Woodlock, U.S. District Judge
Printed name and title